Moody v. Towle.

MOODY *vs.* TOWLE.

Where the indorsee of a promissory note has only a lien upon a part of the amount, as collateral security for money due from the promissee ; a debt due from the promissee to the maker of the note may be set off against the residue, upon motion, though such debt consists of a judgment recovered in another court.

THIS was *assumpsit* by the plaintiff as indorsee of a promissory note made by the defendant, payable to one *Moor*. The consideration of the note was a contract entered into by *Moor*, to convey to the defendant a patent right to a clapboard machine. Pending this action, the defendant brought an action against *Moor* for the breach of that contract, and had judgment against him as an absent debtor,

Moody v. Towle.

by default, in the Court of Common Pleas. At the last *October* term in this county, at the entering up of judgment in this action, the defendant filed a motion, setting forth these facts, and alleging that the note declared on was only negotiated to the plaintiff as collateral security for another debt, and that the beneficial interest in it still belonged to *Moor ;* and thereupon praying that the judgment recovered by him against *Moor*, in the court below, might be set off against the judgment recovered in this court by the present plaintiff.

*Greenleaf*, in support of the motion, cited 4. *Johns*. 224.    5. *Johns.* 118.    *Kendricks v. Judah* 1. *Johns*. 319.    *O' Connor v. Murphy* 1. *H. Bl.* 659.    *Hatch v. Greene* 12. *Mass.* 195.    *Hall v. Ody* 2. *B. & P.* 28.

*McGaw* argued for the plaintiff.

THE COURT ordered as follows :—

And now, on motion of the defendant's counsel, and examination of the facts therein stated, which motion is filed in the case, it appears to the court that the sum now due upon the note declared on, amounts to $511 14, and that the plaintiff has an equitable and beneficial interest therein, to the amount of $176 ; leaving a balance in which he has no such interest, amounting to $335 14 ; the interest in which belongs to the said *David B. Moor ;* and it further appears to the court that the said *Towle* at the Court of Common Pleas held at *Bangor* in and for said county of Penobscot, at the *October* term, 1827, recovered a judgment against said *Moor* for the sum of $478 88, the interest on which being added thereto, the whole amounts to $498 03. Whereupon it is ordered by the court here, that the said sum of $335 14 be and the same is hereby set off against so much of the said sum of $498 03 thereby paying and discharging that amount of the defendant's judgment against said *Moor*. And it is thereupon considered by the court that the plaintiff recover of the defendant the sum of $176 and no more ; and that execution issue for that sum accordingly.